# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RICHARD DASCHBACH and ELCINDA PERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MARKETING & PROCESSING, INC. d/b/a PROTECT MY CAR, a Florida corporation,<br><br>Defendant. | Case No. 1:20-cv-00706-JL<br><br>Hon. Joseph N. Laplante |

## ASSENTED-TO MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Plaintiffs Richard Daschbach and Elcinda Person ("Plaintiffs"), by and through their undersigned counsel, hereby move pursuant to Local Rule 83.2(b) for an Order admitting Taylor T. Smith of Woodrow & Peluso, LLC as *pro hac vice* counsel for Plaintiffs and the alleged class in the above-captioned case.

In support, the Declaration of Mr. Smith is attached hereto as Exhibit A. Plaintiffs' counsel certifies that he has conferred with counsel for Defendant who has no objection to this motion. No memorandum of law is filed in support of this motion because the relief sought is within the discretion of the Court.

Dated: July 10, 2020         */s/ V. Richard Ward, Jr.*

                                                          V. Richard Ward, Jr. (NH Bar #14262)
                                                          rick@vrwardlaw.com
                                                          Law Offices of V. Richard Ward, Jr., PLLC
                                                          39 N. Main St., Unit D-3
                                                          PO Box 1117
                                                          Wolfeboro, NH 03894
                                                          Tel: (603) 569-9022
                                                          Fax: (603) 569-9022

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Tel: (720) 213-0676

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via Court's ECF system on July 10, 2020.

                                                   */s/ V. Richard Ward, Jr.*
                                                   V. Richard Ward, Jr.