UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RICHARD DASCHBACH and ELCINDA PERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MARKETING & PROCESSING, INC. d/b/a PROTECT MY CAR, a Florida corporation,<br><br>Defendant. | Case No. 1:20-cv-00706-JL<br><br>Hon. Joseph N. Laplante |

### ENTRY OF APPEARANCE OF TAYLOR T. SMITH

To the clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiffs Richard Daschbach, Elcinda Person, and the alleged Classes.

Dated: August 20, 2020          /s/ Taylor T. Smith

　　　　　　　　　　　　　　　　　Taylor T. Smith*
　　　　　　　　　　　　　　　　　tsmith@woodrowpeluso.com
　　　　　　　　　　　　　　　　　Woodrow & Peluso, LLC
　　　　　　　　　　　　　　　　　3900 E. Mexico Ave., Suite 300
　　　　　　　　　　　　　　　　　Denver, CO 80210
　　　　　　　　　　　　　　　　　Tel: (720) 907-7628

　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice

1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via Court's ECF system on August 20, 2020.

*/s/ Taylor T. Smith*
Taylor T. Smith