**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| RICHARD DASCHBACH and ELCINDA PERSON, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ADVANCED MARKETING & PROCESSING, INC. d/b/a PROTECT MY CAR, a Florida corporation,<br><br>*Defendant.* | Case No. 1:20-cv-706-JL |

**DECLARATION OF JEFFREY A. BACKMAN**

I, Jeffrey A. Backman, declare as follows:

1. My name is Jeffrey A. Backman, and I am a partner with the law firm of Greenspoon Marder LLP located at 200 East Broward Boulevard, Suite 1800, Fort Lauderdale, Florida 33301. My telephone number is (954) 491-1120.

2. I am an attorney duly admitted and licensed to practice before the state courts of the State of Florida since 2003. I am also admitted to practice in the following federal courts since the following dates: U.S. District Court, District of Arizona (11.27.13); U.S. District Court, Central District of California (08.11.14); U.S. District Court, Southern District of California (12.05.13); U.S. District Court, District of Colorado (2009); U.S. Bankruptcy Court, Southern District of Florida (2010); U.S. District Court, Northern District of Florida (2004); U.S. District Court, Middle District of Florida(2013); U.S. District Court, Southern District of Florida (04.09.04); U.S. District Court, Eastern District of Michigan (01.23.08); U.S. District Court, Western District of Michigan (10.22.13); U.S. District Court, Northern District of New York (10.15.13); U.S. District Court, Eastern District of New York (09.10.13); U.S. District Court, Northern District of Ohio

- 2 -

(08.12.14); U.S. Court of Appeals, First Circuit (07.14.09); U.S. Court of Appeals, Second Circuit (04.25.13); U.S. Court of Appeals, Eleventh Circuit (2007); U.S. Court of Appeals, District of Columbia Circuit (06.17.13).

3. I certify that I am an attorney in good standing and am eligible to practice in these courts.

4. I certify that I have never been disciplined by any bar and I am not involved in any pending disciplinary matters.

5. I have never been denied *pro hac vice* status or had my *pro hac vice* status revoked by any court.

I declare under penalty of perjury that the foregoing statements are true and correct.

/s/ Jeffrey A. Backman
Jeffrey A. Backman

Dated:  August 24, 2020