# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RICHARD DASCHBACH and ELCINDA PERSON, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ADVANCED MARKETING & PROCESSING, INC. d/b/a PROTECT MY CAR, a Florida corporation,<br><br>*Defendant.* | Case No. 1:20-cv-706-JL<br><br>**DECLARATION OF STUART C. REED, CHIEF EXECUTIVE OFFICER OF ADVANCED MARKETING & PROCESSING, INC. D/B/A PROTECT MY CAR** |

Pursuant to 28 U.S.C. § 1746, I, Stuart C. Reed, declare as follows:

1. My name is Stuart C. Reed. I am over the age of 18 and fully competent to make this declaration. I have personal knowledge of the information contained in this Declaration or obtained the information through a review of the corporate books and records of Advanced Marketing & Processing, Inc. d/b/a Protect My Car ("PMC").

2. I am Chief Executive Officer of PMC. I am familiar with the nature of PMC's business dealings and transactions with third parties. I am authorized to make this Declaration on behalf of PMC.

3. PMC is a Florida corporation with its principal place of business in Saint Petersburg, Florida.

4. PMC does not maintain any corporate offices in the States of New Hampshire or Georgia. PMC does not own, occupy, rent or lease property or have any personal property in the States of New Hampshire or Georgia.

1

2

5. PMC does not have any bank accounts, employees, mailbox addresses, or telephone numbers in the States of New Hampshire or Georgia, and does not pay taxes in the States of New Hampshire or Georgia.

6. PMC has never owned or operated a call center in New Hampshire or Georgia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury and of the laws of the United States that the foregoing is true and correct.

Dated this __1__ day of September, 2020,
in Pinellas County, Florida.

Stuart C. Reed
Chief Executive Officer
Advanced Marketing & Processing, Inc. d/b/a Protect My Car

2