# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

RICHARD DASCHBACH and ELCINDA PERSON, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

PMC HOME & AUTO INSURANCE AGENCY, LLC d/b/a PROTECT MY CAR a Florida limited liability company,

    Defendant.

Case No. 1:20-cv-00706-JL

## DECLARATION OF RICHARD DASCHBACH

I, Richard Daschbach, declare the following under penalty of perjury:

1. I am an adult over 18 years of age and a resident of the State of New Hampshire.

2. I have personal knowledge of the facts set forth herein. I could and would testify to them if called upon to do so.

3. I am one of the named plaintiffs in the above-captioned matter.

4. I understand that the defendant claims that I visited a website at the address http://signup.finddreamjobs.com on April 12, 2019. I have never visited this website, nor have I ever authorized another person to visit it on my behalf.

5. I likewise never provide any personal information or consent to Defendant prior to this action, and I never provided such information or consent to http://signup.finddreamjobs.com.

6. I graduated from Georgetown University with a B.A. in 1958 and with a J.D. in 1962.

7. I am a member in good standing of the District of Columbia Bar and have been since 1966.

8. From 2011-2014, I was the Chief Judge of the Federal Employees' Compensation Appeals Board.

9. Not only have I never visited the website http://signup.finddreamjobs.com, I am not in the market for a job.

Respectfully submitted,

Dated: 9/29/2020

*Richard Daschbach*
Richard Daschbach

2