# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RICHARD DASCHBACH and ELCINDA PERSON, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ADVANCED MARKETING & PROCESSING, INC. d/b/a PROTECT MY CAR, a Florida corporation,<br><br>*Defendant.* | Case No. 1:20-cv-706-JL<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY RELATING TO MOTION TO COMPEL ARBITRATION AND TO DISMISS COMPLAINT, OR, ALTERNATIVELY, TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION (DE 12)** |

Defendant, Advanced Marketing & Processing, Inc. d/b/a Protect My Car ("PMC"), by and through its undersigned counsel, hereby gives notice of supplemental authority relevant to PMC's Motion to Compel Arbitration and to Dismiss Complaint, or, Alternatively, to Dismiss the complaint for Lack of Personal Jurisdiction filed September 1, 2020 (DE 12):

1.  *Blanton v. Domino's Pizza Franchising LLC*, 962 F.3d 842 (6th Cir. 2020), a copy of which is attached as **Exhibit "A"** to this Notice. In *Blanton*, the Court held that incorporation of the American Arbitration Association's Commercial Rules in the subject arbitration agreement provided clear and unmistakable evidence that the parties agreed to arbitrate questions of arbitrability.

Dated: October 21, 2020

    __/s/ *Steven J. Dutton*_____
    Steven J. Dutton (NH Bar. No.: 17101)
    **MCLANE MIDDLETON P.A.**
    900 Elm Street
    Manchester, NH 03101
    Telephone: (603) 628-1379
    Email: steven.dutton@mclane.com

    */s/Jeffrey A. Backman*

Jeffrey A. Backman (Florida Bar No.: 662501)*
**GREENSPOON MARDER LLP**
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.491.1120
Facsimile: 954.343.6958
Email: jeffrey.backman@gmlaw.com
*Attorneys for Defendant, Advanced Marketing & Processing, Inc.*

*Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2020, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record identified on the attached service list.

By: __/s/ *Steven J. Dutton*_____
    Steven J. Dutton

## SERVICE LIST

V. Richards Ward, Jr.
NH Bar #14262
Law Office of V. Richards Ward, Jr., PLLC
39 North Main Street, Unit D-3
P.O. Box 1117
Wolfeboro, NH 03894
Rick@VRWardLaw.com
Telephone: (603) 569-9222

Patrick H. Peluso
Taylor T. Smith
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
ppeluso@woodrowpeluso.com
tsmith@woodrowpeluso.com
Telephone: (720) 213-0676