IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RICHARD DASCHBACH and ELCINDA PERSON, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ADVANCED MARKETING & PROCESSING, INC. d/b/a PROTECT MY CAR, a Florida corporation,<br><br>*Defendant.* | Case No. 1:20-cv-706-JL |

**DEFENDANT ADVANCED MARKETING & PROCESSING, INC.'S
MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION**

Defendant, Advanced Marketing & Processing, Inc. d/b/a Protect My Car ("PMC"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(1), hereby moves to dismiss Plaintiffs' Class Action Complaint, filed June 10, 2020 (the "Complaint") (DE 1), with prejudice, for lack of subject-matter jurisdiction.

| | |
|---|---|
| Dated:  December 2, 2020 | \_\_/s/ Steven J. Dutton_____<br>Steven J. Dutton (NH Bar. No.: 17101)<br>**MCLANE MIDDLETON P.A.**<br>900 Elm Street<br>Manchester, NH 03101<br>Telephone: (603) 628-1379<br>Email: steven.dutton@mclane.com<br><br>*/s/ Jeffrey A. Backman*<br>Jeffrey A. Backman (Florida Bar No.: 662501)*<br>**GREENSPOON MARDER LLP**<br>200 East Broward Boulevard, Suite 1800<br>Fort Lauderdale, Florida 33301<br>Telephone: 954.491.1120<br>Facsimile: 954.343.6958<br>Email: jeffrey.backman@gmlaw.com<br>*Attorneys for Defendant, Advanced Marketing & Processing, Inc.* |

1

*Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2020, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record identified on the attached service list.

By: _/s/ Steven J. Dutton_____
Steven J. Dutton

## SERVICE LIST

V. Richards Ward, Jr.
NH Bar #14262
Law Office of V. Richards Ward, Jr., PLLC
39 North Main Street, Unit D-3
P.O. Box 1117
Wolfeboro, NH 03894
Rick@VRWardLaw.com
Telephone: (603) 569-9222

Patrick H. Peluso
Taylor T. Smith
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
ppeluso@woodrowpeluso.com
tsmith@woodrowpeluso.com
Telephone: (720) 213-0676