# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RICHARD DASCHBACH and ELCINDA PERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED MARKETING & PROCESSING, INC. d/b/a PROTECT MY CAR, a Florida corporation,<br><br>Defendant. | Case No. 1:20-cv-00706-JL<br><br><br>**CLASS ACTION**<br><br>**JURY DEMANDED** |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs Richard Daschbach and Elcinda Person, by and through their undersigned counsel, hereby provide notice of the attached opinion issued on December 17, 2020, in *Shen v. Tricolor California Auto Group, LLC*, Case No. 2:20-cv-07419-PA-AGR (C.D. Cal. Dec. 17, 2020) (attached hereto as Exhibit A) as supplemental authority in support of their Response in Opposition to Defendant Motion to Dismiss for Lack of Subject Matter Jurisdiction (dkt. 21).


DATED:  December 17, 2020

Respectfully submitted,
By: /s/ Patrick H. Peluso

V. Richards Ward, Jr., Esquire
NH Bar #14262
Law Office of V. Richards Ward, Jr., PLLC
39 North Main Street, Unit D-3
P.O. Box 1117
Wolfeboro, NH 03894
Rick@VRWardLaw.com
(603) 569-9222

1

Patrick H. Peluso*  
ppeluso@woodrowpeluso.com  
Taylor T. Smith*  
tsmith@woodrowpeluso.com  
Woodrow & Peluso, LLC  
3900 E. Mexico Avenue, Suite 300  
Denver, CO 80210  
Phone: (720) 213-0676  

*Attorneys for Plaintiffs*  
*\*Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via Court's ECF system on December 17, 2020.

    /s/ Patrick H. Peluso  
Patrick H. Peluso