```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>Richard Daschbach, et al.</u>

    v.

                                            Case No. 20-cv-706-JL

<u>Advanced Marketing & Processing, Inc.</u>

<u>JUDGMENT</u>

In accordance with the Order by District Judge Joseph N. Laplante, dated March 26, 2021, and the Stipulation of Dismissal as to case filed May 25, 2021, judgment is hereby entered.

                                                   By the Court:

                                                <u>/s/ Daniel J. Lynch</u>
                                                Daniel J. Lynch
                                                Clerk of Court

Date: June 1, 2021

cc:   Counsel of Record